# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 14-558V
(Filed: October 2, 2014)

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| BEATRICE THOMPSON, | * | UNPUBLISHED |
| | * | Special Master Dorsey |
| Petitioner, | * | |
| | * | |
| v. | * | |
| | * | |
| | * | Decision on Proffer; Damages; |
| SECRETARY OF HEALTH | * | Influenza (Flu) Vaccine; Shoulder |
| AND HUMAN SERVICES, | * | Injury Related to Vaccine |
| | * | Administration (SIRVA) |
| Respondent. | * | |
| | * | |
| * * * * * * * * * * * * * * | * | |

Paul R. Brazil, Muller Brazil, LLP, Philadelphia, PA, for petitioner.
Lara Ann Englund, United States Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

On June 30, 2014, Beatrice Thompson ("petitioner") filed a petition for compensation pursuant to the National Vaccine Injury Compensation Program.[2] 42 U.S.C. §§ 300aa-1 to -34 (2006). Petitioner alleged that she developed left should injuries as a result of receiving an influenza (flu) vaccine she received on November 12, 2013. See Petition at 1.

On September 15, 2014, respondent filed a report pursuant to Vaccine Rule 4(c) conceding that petitioner is entitled to compensation in this case. Respondent's Report at 3-4.

---

[1] Because this decision contains a reasoned explanation for the undersigned's action in this case, the undersigned intends to post this ruling on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b).

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-1 to -34 (2006) (Vaccine Act or the Act). All citations in this decision to individual sections of the Vaccine Act are to 42 U.S.C.A. § 300aa.

Specifically, respondent agreed that the alleged injury was consistent with shoulder injury related to vaccine administration ("SIRVA"). Id. at 8-9.

A Ruling on Entitlement was issued on September 16, 2014, finding that petitioner provided sufficient evidence to issue a ruling in her favor. A damages order was entered on the same day.

On October 2, 2014, respondent filed a Proffer on Award of Compensation ("Proffer"). In the Proffer, respondent represented that petitioner agrees with the proffered award. Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, the undersigned awards petitioner:

**A lump sum payment of $95,225.00, in the form of a check payable to petitioner, Beatrice Thompson**. Respondent states that petitioner is a competent adult and that guardianship is not required in this case. This amount accounts for all elements of compensation under 42 U.S.C. § 300aa-15(a) to which petitioner would be entitled.

Proffer ¶ II.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court **SHALL ENTER JUDGMENT** herewith.[3]

**IT IS SO ORDERED.**

s/ Nora Beth Dorsey
Nora Beth Dorsey
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| BEATRICE THOMPSON, )<br><br>Petitioner, )<br><br>v. )<br><br>SECRETARY OF )<br>HEALTH AND HUMAN SERVICES, )<br><br>Respondent. )<br> ) | No. 14-558V<br>Special Master Nora Beth Dorsey |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

**I.     Compensation for Vaccine Injury-Related Items**

Respondent proffers that, based on the evidence of record, petitioner should be awarded $95,225.00.  This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a)(1); -15(a)(3)(B); and -15(a)(4).  Petitioner agrees.

**II.     Form of the Award**

The parties recommend that the compensation provided to petitioner should be made as lump sum payment of $95,225.00, in the form of a check payable to petitioner.[1]  Petitioner is a competent adult.  Evidence of guardianship is not required in this case.  This amount accounts for all elements of compensation under 42 U.S.C. § 300aa-15(a) to which petitioner would be entitled.

>                           Respectfully submitted,
>
>                           JOYCE R. BRANDA
>                           Acting Assistant Attorney General

---

[1] Should petitioner die prior to entry of judgment, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering, and the parties reserve the right to move the Court for appropriate relief.

RUPA BHATTACHARYYA
Director
Torts Branch, Civil Division

VINCENT J. MATANOSKI
Deputy Director
Torts Branch, Civil Division

HEATHER PEARLMAN
Senior Trial Attorney
Torts Branch, Civil Division

s/ LARA A. ENGLUND
LARA A. ENGLUND
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Tel: (202) 307-3013

DATED:  October 2, 2014